IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID ANDREW SPENCE, AIMEE ) | | |
| SPENCE TAYLOR, and AMANDA ) | | |
| SPENCE JACKSON, Co-Executors of ) | | |
| THE ESTATE OF JAMES A. SPENCE, ) | | |
| ) | | |
| Plaintiffs, ) | | Civil No. 3:05-0519 |
| ) | | Judge Trauger |
| v. ) | | |
| ) | | |
| ) | | |
| TENNESSEE VALLEY AUTHORITY, ) | | |
| ) | | |
| Defendant. ) | | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss or for Summary Judgment filed by the defendant (Docket No. 5) is **GRANTED**.

It is so ordered.

Enter this 17th day of May 2006.

_____
ALETA A. TRAUGER
United States District Judge